# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BONNIE CHAPMAN**, individually and as Natural Guardian of D.X.C., : : : **Plaintiffs** : : v. : : **JORDAN D. MILLER**, *et al.*, : : **Defendants** : | **CIVIL ACTION NO. 1:10-CV-0524** **(Judge Conner)** |

## **ORDER**

AND NOW, this 15th day of February 2011, upon consideration of the motion in limine (Doc. 16) of defendants Jordan Miller, Kristofer Lerch, IPC International, Inc., Mark Noble and Mark Geesaman to preclude plaintiffs from referring to or introducing any evidence not yet admitted during their opening statement, wherein defendants assert that they anticipate plaintiffs' counsel will attempt to utilize evidence, particularly photographs and a video deposition, not yet deemed admissible during counsel's opening statement and that determination of admissibility is appropriate during the presentation of evidence at trial, not during opening statements, and upon further consideration of plaintiffs response (Doc. 26), wherein plaintiffs assert that counsel does not intend to utilize the video deposition in his opening statement but may refer to evidence he intends to prove at trial, and the court concluding that reference to evidence plaintiffs' counsel expects to prove

at trial is appropriate in the opening statement, it is hereby ORDERED that defendants' motion in limine (Doc. 16) is DENIED.

                                               S/ Christopher C. Conner
                                               CHRISTOPHER C. CONNER
                                               United States District Judge